PROB 35

**ORDER TERMINATING TERM OF SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.  ) | **Docket Number: 2:97CR00577-01** |
| ) | |
| **Thomas Michael COVERT** ) | |
| ) | |

On December 13, 2001, the above-named was placed on a term of Supervised Release for a period of five (5) years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/   Rafael G. Loya

**RAFAEL G. LOYA
Supervising United States Probation Officer**

**ORDER OF COURT**

It is ordered that the supervised releasee be discharged from the term of supervised release, and that the proceedings in the case be terminated.

Dated this 18th day of <u>April</u>, 2005.

/s/ Frank C. Damrell Jr.
**The Honorable Frank C. Damrell, Jr.
 United States District Judge**

RGL:jz
Attachment: Recommendation
cc:        Assistant United States Attorney
           FLU Unit, AUSA's Office
           Fiscal Clerk, Clerk's Office

**RECOMMENDATION TERMINATING**
**SUPERVISED RELEASE PRIOR TO**
**ORIGINAL EXPIRATION DATE**

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> vs. ) <br> ) <br> **Thomas Michael COVERT** ) <br> ) | **Docket Number:  2:97CR00577-01** |

### LEGAL HISTORY:

On June 16, 1998, the above-named was placed on Supervised Release for a term of five (5) years, which commenced on December 13, 2001. Special conditions included a requirement for Search; Financial restrictions; Financial disclosure; Drug aftercare treatment, including testing; Co-payment for treatment; and to abstain from the consumption of alcoholic beverages.

### SUMMARY OF COMPLIANCE:

Thomas M. Covert has complied with all conditions and special conditions of supervised release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that Thomas M. Covert has derived maximum benefit from supervision and is not in need of continued supervision.

### RECOMMENDATION:

It is, therefore, respectfully recommended that the supervised releasee in this case be terminated early.

**Submitted by:**   /s/   Rafael G. Loya                                **Date:** March 28, 2005
                **RAFAEL G. LOYA**
                **Supervising United States Probation Officer**
                Sacramento, California


RGL:jz
cc:      AUSA To be assigned (Pursuant to Rule 32.1 notice of proposed relief to the supervised releasee is being provided. If no objection is received from you within 14 days, the probation pfficer's recommendation and Probation Form 35, Order Terminating Term of Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)